JAMES SUN PARK, #015232
Park Law Office, PLC
111 W. Monroe St., Suite 716
Phoenix, Arizona 85003
Telephone     (602) 462-5700
Facsimile     (602) 253-7276
sun@parklaw.us

Attorney for Defendant-Appellant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff-Appellee,<br><br>vs.<br><br>Marcus D. McCarver,<br><br>    Defendant-Appellant. | No. CR 08-1281-PHX-MHM<br><br>**MOTION TO VOLUNTARILY DISMISS APPEAL** |

Defendant-Appellant Marcus D. McCarver, moves to voluntarily dismiss his appeal. Defendant's signed request to withdraw his appeal is attached as Exhibit A. The notice of appeal was filed on October 29, 2008. Defendant-Appellant is in custody.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)(8)(A) may occur as a result of this motion or from an order based thereon.

Respectfully submitted this 23rd day of December, 2008.

Park Law Office, PLC


_s/ James Sun Park_
JAMES SUN PARK
Attorney for Defendant


The foregoing Motion to Voluntarily Dismiss Appeal and Proposed Order[1] filed via ECF this 23rd day of December, 2008.

Copy of the foregoing mailed this 23rd day of December, 2008 to:

**Marcus D. McCarver**

by _J.S. Park_
James Park

---

[1] Attached as Exhibit B.

2